BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA J. MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

MAY 15 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODOLFO AGUILAR-CHAVEZ,<br><br>Defendant. | Case No. **CR 19-0165-S DCN**<br><br>**INDICTMENT**<br><br>8 U.S.C. § 1326(a) & (b) |

The Grand Jury charges:

### COUNT ONE

**Deported Alien Found in the United States**
**8 U.S.C. § 1326(a) & (b)**

On or about April 22, 2019, in the District of Idaho, the defendant, RODOLFO

AGUILAR-CHAVEZ, an alien, was found in the United States, to wit: Jerome County, Idaho,

after having been previously removed from the United States to Mexico on or about August 7,

2003, at or near El Paso, Texas, the said defendant having not obtained the consent of the

Secretary of the Department of Homeland Security for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b).

Dated this 14 day of May, 2019.

A TRUE BILL

*/s/ [signature on reverse]*
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
KASSANDRA J. MCGRADY
ASSISTANT UNITED STATES ATTORNEY