BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA J. MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JUL 10 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODOLFO AGUILAR-CHAVEZ,<br><br>Defendant. | Case No. CR 19-0165-S DCN<br><br>**SUPERSEDING INDICTMENT**<br><br>8 U.S.C. § 1326(a) & (b)<br>18 U.S.C. § 1546(b)(3) |

The Grand Jury charges:

## COUNT ONE

**Deported Alien Found in the United States**
**8 U.S.C. § 1326(a) & (b)**

On or about April 22, 2019, in the District of Idaho, the defendant, RODOLFO AGUILAR-CHAVEZ, an alien, was found in the United States, to wit: Jerome County, Idaho, after having been previously removed from the United States to Mexico on or about August 7, 2003, at or near El Paso, Texas, the said defendant having not obtained the consent of the

**SUPERSEDING INDICTMENT - 1**

Secretary of the Department of Homeland Security for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b).

## COUNT TWO

### Use of a False Statement in an Immigration Matter
### 18 U.S.C. § 1546(b)(3)

On or about December 16, 2017, in the District of Idaho, the defendant, RODOLFO AGUILAR-CHAVEZ, for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, used a false attestation on an United States Citizenship and Immigration Services (USCIS) Form I-9, specifically, that he was a lawful permanent resident, knowing that the said attestation was false in that he was not a lawful permanent resident, in violation of Title 18, United States Code, Section 1546(b)(3).

Dated this 9 day of July, 2019.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

_____
KASSANDRA J. MCGRADY
ASSISTANT UNITED STATES ATTORNEY