BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA J. MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
SEAN M. MAZOROL, OREGON STATE BAR NO. 116398
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODOLFO AGUILAR-CHAVEZ,<br><br>Defendant. | Case No. 1:19-cr-00165-DCN<br><br>**UNITED STATES' NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY OF D.J. FIFE** |

The United States of America, by and through Bart M. Davis, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorneys for the District of Idaho, file this written summary of expert testimony of D.J. Fife that it intends to introduce under Federal Rules of Evidence 702, 703, and 705. Trial in this case is set to begin February 18, 2019.

## FACTUAL BACKGROUND

On April 21, 2019, the Defendant was arrested by the Idaho State Police for misdemeanor Driving Under the Influence and was booked into the Jerome County Jail. The Defendant was

encountered by Immigrations and Customs Enforcement (ICE) at the jail the following day. ICE determined that the Defendant had previously been removed from the United States on August 7, 2003 at or near El Paso, Texas. ICE also determined that the Defendant was not lawfully present in the United States.

On July 9, 2019, the Defendant was indicted by federal grand jury on one count of Deported Alien Found in the United States in violation of 8 U.S.C. § 1326(a) and (b) and one count of Use of a False Statement in an Immigration Matter in violation of 8 U.S.C. § 1546(b)(3).

D.J. Fife with the Federal Bureau of Investigation (FBI) laboratory in Quantico, VA conducted latent print testing on several documents related to this case. Her curriculum vitae is attached as Exhibit 1. Her testimony will describe the processes by which she conducted the latent print examination, a general explanation of how such examinations are conducted, and will include her opinion that all of the items examined contained prints from the same individual, Rodolfo Aguilar-Chavez.

## SUMMARY OF EXPERT TESTIMONY OF C.J. FIFE

Federal Rule of Criminal Procedure 16(a)(1)(G) requires the United States, at the request of the defendant, to file a written summary of testimony that it intends to introduce under Rules of Evidence 702, 703 and 705. The United States intends to call D.J. Fife l to testify as an expert witness about the latent print testing that she conducted on documents in this case. The United States has previously disclosed Ms. Fife's report, which details her conclusions and the data on which she relied in making those conclusions. Ms. Fife's report is attached as Exhibit 2.

Ms. Fife's written report serves as a written summary of her anticipated testimony at trial. Included within her report are the documents on which conducted latent print testing. Ms. Fife is qualified to provide expert opinion testimony. *See* Exhibit 1. She has worked in the Latent Print

**UNITED STATES' NOTICE OF INTENT TO INTRODUCE**
**EXPERT TESTIMONY OF D.J. FIFE - 2**

Operations Unit of the FBI's laboratory for over 15 years. Ms. Fife has received extensive training in the area of latent print analysis. *See* Exhibit 1. Ms. Fife has a Master of Science Degree in Biology and has previously testified in court as an expert in the area of latent print testing.

The bases and reasons for Ms. Fife's opinion include her over 15 years of experience conducting latent print examinations, her specialized knowledge gained as a result of her experience, the training and education she has received in the area of latent print testing, the manner in which she conducted the latent print examination in this case, and the results of her examination. These bases and reasons for Ms. Fife's opinions are further explained in the report previously disclosed to the Defendant and attached as Exhibit 2.

## **REQUEST FOR DEFENDANT'S EXPERT WITNESS DISCLOSURE**

This disclosure is made pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G). Pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), the United States hereby requests a reciprocal timely disclosure by the Defendant of any testimony that the Defendant intends to admit at trial, under Rules 702, 703, or 705 of the Federal Rules of Evidence.

Respectfully submitted this 17th day of December, 2019.

              BART M. DAVIS
              UNITED STATES ATTORNEY

              */s/ Kassandra J. McGrady*
              KASSANDRA J. MCGRADY
              Assistant United States Attorney

              */s/ Sean Mazorol*
              SEAN MAZOROL
              Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2019, the foregoing **UNITED STATES' NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY OF D.J. FIFE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| NICOLE OWENS<br>MILES POPE<br>FEDERAL DEFENDERS OF IDAHO<br>702 West Idaho, Suite 1000<br>Boise, ID 83702 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |
|---|---|

*/s/ Mackenzie Mckague-Dunlap*
Legal Assistant