BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
SEAN MAZOROL, OREGON STATE BAR NO. 116398
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODOLFO AGUILAR-CHAVEZ,<br><br>Defendant. | Case No. 1:19-cr-00165-DCN<br><br>**NOTICE OF PERCIPIENT WITNESS TESTIMONY** |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorneys, hereby provide the following disclosure regarding the testimony it intends to elicit in its case-in-chief from Deportation Officer Carol A. Schindele, who is employed by the United States Department of Homeland Security.

Deportation Officer Schindele has worked for the United States Department of Homeland Security Immigration and Customs Enforcement for approximately 13 years. Prior to that, DO Schindele worked for the United States Customs and Border Protection for approximately 12 years. DO Schindele will testify as a fact witness based on her percipient observations. However, she does possess specialized knowledge in her respective field which will assist her in

NOTICE OF PERCIPIENT WITNESS TESTIMONY - 1

her testimony. Notwithstanding, she will not offer an expert opinion. Although not required by the rules of criminal procedure, the Government provides this notice in an abundance of caution to advise the court and defense counsel on the general substance of her testimony.

DO Schindele is a temporary records custodian for the Defendant's Alien File (also referred to as an A-File). DO Schindele is currently responsible for reviewing and maintaining the Defendant's A-File. She will testify to her percipient observations regarding documents contained in the A-File to include any removals/returns from the United States, Alien Numbers, documents or reports that were produced or generated from the Department of Homeland Security databases that store information regarding the immigration status and movement of the Defendant inside the United States. She will also testify as to acronyms used by the Department of Homeland Security that are contained within the Defendant's A-File. She will not offer an expert opinion.

The information contained in this notice is provided as general background as to the testimony of this witness. It is not intended to limit her testimony or be all-inclusive of the content of her testimony based on her percipient observations.

Respectfully submitted this 3rd day of January, 2020.

                         BART M. DAVIS
                         UNITED STATES ATTORNEY
                         By:

                         /s/ *Kassandra McGrady*
                         Kassandra McGrady
                         Assistant United States Attorney

                         /s/ *Sean Mazorol*
                         Sean Mazorol
                         Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 3, 2020, the foregoing **NOTICE OF PERCIPIENT WITNESS TESTIMONY** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| NICOLE OWENS<br>MILES POPE<br>Federal Defender Services of Idaho<br>702 W. Idaho Street, Suite 1000<br>Boise, ID 83702 | ☐ United States Mail, postage prepaid<br>☐ fax<br>☒ ECF filing<br>☐ email |
|---|---|

*/s/Mackenzie Mckague-Dunlap*
Legal Assistant