BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KASSANDRA MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
SEAN MAZOROL, OREGON STATE BAR NO. 116398
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RODOLFO AGUILAR-CHAVEZ, <br><br> Defendant. | Case No. 1:19-cr-00165-DCN <br><br> **GOVERNMENT'S CORRECTION OF FACT IN 404(B) NOTICE AND MOTION IN LIMINE** |

The United States of America and Bart M. Davis, United States Attorney for the District of Idaho, and the undersigned Assistant United States Attorneys, hereby submit the following factual correction for its 404(b) Notice and Motion in Limine filed on January 3, 2020 (ECF. No. 43):

In the factual background and analysis of the Notice and Motion in Limine, the Government set forth that the Defendant previously falsely attested that he was a lawful permanent resident on an I-9 for Janss Farm, Inc in 2009. In making that assertion, the Government relied on records from the Department of Labor

GOVERNMENT'S CORRECTION OF FACT IN 404(B) NOTICE AND MOTION IN LIMINE - 1

showing the Defendant's employment at Janss Farm, Inc. dating back to 2009. However, on January 6, 2020, Detention Officer Carol Schindele conducted an interview with Peter Janss, the owner of Janss Farm, Inc, and learned that the Defendant began employment with Janss Farm, Inc. in 2006 rather than 2009. DO Schindele only subpoenaed Department of Labor records for the previous ten years, which is why the Government only has records dating back to 2009.

Therefore, the Government's previous 404(b) Notice and Motion in Limine should reflect that the Defendant began employment with Janss Farm in 2006 and falsely asserted that he was a lawful permanent resident on the I-9 form in 2006.

Respectfully submitted this 7th day of January, 2020.

> BART M. DAVIS
> UNITED STATES ATTORNEY
> By:
>
> /s/ *Kassandra McGrady*
> Kassandra McGrady
> Assistant United States Attorney
>
> /s/ *Sean Mazorol*
> Sean Mazorol
> Assistant United States Attorney

GOVERNMENT'S CORRECTION OF FACT IN 404(B) NOTICE AND MOTION IN LIMINE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2020, the foregoing **GOVERNMENT'S CORRECTION OF FACT IN 404(B) NOTICE AND MOTION IN LIMINE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| NICOLE OWENS<br>MILES POPE<br>FEDERAL DEFENDERS OF IDAHO<br>702 West Idaho, Suite 1000<br>Boise, ID 83702 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |
|---|---|

*/s/ Mackenzie Mckague-Dunlap*
Legal Assistant